■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY MATOS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Coffinas, J.), rendered February 7, 1984, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Lazer, J. P., Mangano, Gibbons and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS PEARSALL, Appellant.—Appeal by defendant from two judgments of the Supreme Court, Richmond County (Owens, J.), each rendered February 23, 1982, convicting him of attempted murder in the second degree and assault in the first degree (two counts), upon jury verdicts, and imposing sentences.

Judgments affirmed.

We have examined defendant's contentions, to the extent they were preserved for review as a matter of law. We conclude that, in light of the overwhelming evidence of guilt, there was no error of sufficient magnitude to warrant a new trial (*People v Crimmins,* 36 NY2d 230). Thompson, J. P., Brown, Weinstein and Kunzeman, JJ., concur.